No. 24-30645

# In the United States Court of Appeals for the Fifth Circuit

ABBVIE INC.; ALLERGAN, INC.; DURATA THERAPEUTICS, INC.; ABBVIE PRODUCTS LLC; APTALIS PHARMA US, INC.; PHARMACYCLICS LLC; ALLERGAN SALES, LLC,

*Plaintiff-Appellants*

v.

LIZ MURRILL, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF LOUISIANA,

*Defendant-Appellee*

*and*

LOUISIANA PRIMARY CARE ASSOCIATION,

*Intervenor-Defendant-Appellee.*

———————————

On Appeal from the United States District Court
for the Western District of Louisiana
No. 6:23-cv-01307, Hon. Robert R. Summerhays

———————————

## MOTION TO CONSOLIDATE BRIEFING AND EXTEND PAGE LIMIT

———————————

ELIZABETH B. MURRILL
Attorney General of Louisiana
J. BENJAMIN AGUIÑAGA
Solicitor General
CAITLIN A. HUETTEMANN
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 888-7903
HuettemannC@ag.louisiana.gov

*Counsel for Defendant-Appellee*

## CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required here because, under the fourth sentence of Fifth Circuit Rule 28.2.1, Appellee—as a "governmental" party—need not furnish a certificate of interested persons.

*/s/ Caitlin Huettemann*
CAITLIN A. HUETTEMANN

The undersigned counsel of record for Intervenor-Appellee Louisiana Primary Care Association certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal:

**Plaintiffs-Appellants:** AbbVie Inc.; Allergan, Inc.; Durata Therapeutics, Inc.; AbbVie Products LLC; Aptalis Pharma US, Inc.; Pharmacyclics, LLC; Allergan Sales, LLC.

**Counsel:** Matthew S. Owen, P.C., Kirkland & Ellis LLP; Meredith M. Pohl, Kirkland & Ellis LLP; Lucas H. Funk, Kirkland & Ellis

LLP; Ashley C. Parrish, King & Spalding LLP; John D. Shakow, King & Spalding LLP; Nicole Bronnimann, King & Spalding LLP; Charles M. Jarrell, Guglielmo, Lopez, Tuttle, Hunter & Jarrell, LLP.

**<u>Defendant-Appellee:</u>** Liz Murrill, in her official capacity as the Attorney General of the State of Louisiana.

    **<u>Counsel:</u>** Jorge Benjamin Aguiñaga, Louisiana Department of Justice; Caitlin Ann Huettemann, Louisiana Department of Justice.

**<u>Intervenor-Appellee:</u>** Louisiana Primary Care Association.

    **<u>Counsel:</u>** Ronald S. Connelly, William von Oehsen, Barbara Straub Williams, Fernando Montoya, Hannah Hauer, Delaney Bounds, Powers, Pyles, Sutter & Verville, P.C.

*/s/ Ronald S. Connelly*
Ronald S. Connelly

Pursuant to Federal Rule of Appellate Procedure 27, Defendant-Appellee Liz Murrill and Intervenor-Appellee Louisiana Primary Care Association jointly move[1] the Court to consolidate the briefing in this appeal with the briefing in two related cases—24-30651 and 24-30673—and so permit each movant to file a single consolidated brief in each appeal.

All three appeals arise from the same Memorandum Ruling and Judgment issued by the Western District of Louisiana on September 30, 2024. *See Pharm. Rsch. & Manufacturers of Am. v. Murrill*, No. 6:23-CV-00997, 2024 WL 4361597 (W.D. La. Sept. 30, 2024). Following a consolidated hearing, the district court denied each of the plaintiffs' motions for summary judgment and granted Attorney General Murrill's and Intervenor-Defendant Louisiana Primary Care Association's cross-motions for summary judgment. The consolidated ruling is the basis for all three appeals now before this Court.

The appellants in each matter filed their respective opening briefs on January 9, 2025, and the Court has since granted an extension to April

---

[1] The Defendant-Appellee and the Intervenor-Appellee are the same parties (the Attorney General and the Louisiana Primary Care Association, respectively) in each of the three related appeals.

11, 2025, for the filing of the Defendant-Appellee and Intervenor-Appellee's briefs in each case. To best address the overlapping issues raised in the appellants' briefs, Defendant-Appellee and Intervenor-Appellee each respectfully request to submit their respective briefs as one consolidated brief for all three appeals. Consolidating the briefing in these separate yet closely related matters will allow for more efficient preparation by the parties and aid the Court in its understanding of the issues. Because each appeal concerns a challenge to the same Louisiana law, urges this Court to reverse the same ruling and judgment, and raises almost identical preemption arguments as the primary basis for reversal, the appeals are sufficiently similar to warrant consolidation of the briefing here.

Should the Court agree, movants here additionally requests a page extension of 15 pages (for a total of 45 pages) and a type-volume extension of 6,500 words (for a total of 19,500 words) so as to fully address the arguments within their respective appellee briefs.

Accordingly, movants respectfully request that the Court consolidate the briefing in matter numbers 24-30645, 24-30651, and 24-30673, permit Defendant-Appellee to file one enlarged consolidated brief

in each appeal, and permit Intervenor-Appellee to file one enlarged consolidated brief in each appeal. For clarity, the parties envision the briefing proceeding as follows:

- April 11, 2025: Defendant-Appellee files a single consolidated brief in 24-30645, 24-30651, and 24-30673

- April 11, 2025: Intervenor-Appellee files a single consolidated brief in 24-30645, 24-30651, and 24-30673

- Appellants file their respective reply briefs in 24-30645, 24-30651, and 24-30673

Identical motions to consolidate will be filed simultaneously in 24-30651 and 24-30673.

Respectfully submitted,

Dated:    March 11, 2025

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Caitlin Huettemann*
J. BENJAMIN AGUIÑAGA
Solicitor General
CAITLIN A. HUETTEMANN
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 888-7903
HuettemannC@ag.louisiana.gov

*Counsel for Defendant-Appellee*

*/s/ Ronald S. Connelly*
Ronald S. Connelly
POWERS PYLES SUTTER &
VERVILLE, PC
1250 Connecticut Ave. NW,
Eighth Fl.
Washington, DC 20036
T: (202) 466-6550
Ron.Connelly@PowersLaw.com

*Counsel for Intervenor-Appellee
Louisiana Primary Care
Association*

4

## CERTIFICATE OF SERVICE

I certify that on March 11, 2025, I filed the foregoing brief with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

/s/ *Caitlin Huettemann*
CAITLIN A. HUETTEMANN

# CERTIFICATE OF COMPLIANCE

Pursuant to Fifth Circuit Rule 32.3, the undersigned certifies that this motion complies with:

(1) the type-volume limitations of Federal Rule of Appellate Procedure 27 because it contains 453 words; and

(2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word 2016 (the same program used to calculate the word count).

*/s/ Caitlin Huettemann*
CAITLIN A. HUETTEMANN

Dated:   March 11, 2025