# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 13, 2025

Mr. Ronald S. Connelly
Powers, Pyles, Sutter & Verville, P.C.
1250 Connecticut Avenue, N.W.
8th Floor
Washington, DC 20036

Ms. Caitlin Ann Huettemann
Office of the Attorney General
for the State of Louisiana
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Matthew Scott Owen
Kirkland & Ellis, L.L.P.
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mr. William B. Schultz
Zuckerman Spaeder, L.L.P.
2100 L Street, N.W.
400
Washington, DC 20037

      No. 24-30645   AbbVie v. Murrill
                     USDC No. 6:23-CV-1307

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

**The covers of your documents must be the following colors:**

**Appellant's brief must be blue. Appellee's brief must be red. Record excerpts must be white and contain physical tabs. Appellant's reply brief must be gray. Amicus Curiae brief must be green.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Kim M. Pollard, Deputy Clerk
        504-310-7635

cc:
- Mr. Jorge Benjamin Aguinaga
- Ms. Delaney Bounds
- Ms. Alyssa Howard Card
- Ms. Margaret Dotzel
- Mr. Zachary Faircloth
- Mr. Lucas Henry Funk
- Ms. Hannah E. Hauer
- Mr. Fernando Montoya
- Ms. Meredith Marie Pohl