# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 21, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30645   AbbVie v. Murrill
                Consol w/24-30651 and 24-30673
                   USDC No. 6:23-CV-1307
                   USDC No. 6:23-CV-1042
                   USDC No. 6:23-CV-997

At the direction of the court, Case Nos. 24-30645, 24-30651, and 24-30673 have been consolidated for oral argument purposes.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca L. Leto, Deputy Clerk
                    504-310-7703

Mr. Jorge Benjamin Aguinaga
Mr. Brent Bennett Barriere
Ms. Delaney Bounds
Mr. Ronald S. Connelly
Mr. Carroll Devillier Jr.
Ms. Margaret Dotzel
Ms. Cherish Alise Drain
Mr. Zachary Faircloth
Mr. Lucas Henry Funk
Mr. Jeffrey Joseph Gelpi I
Mr. Louis Victor Gregoire Jr.
Mr. Jeffrey Handwerker
Ms. Hannah E. Hauer
Mr. Michael Brent Hicks
Ms. Alyssa Howard
Ms. Caitlin Ann Huettemann
Mr. Allon Kedem
Mr. Fernando Montoya
Mr. Matthew Scott Owen
Mr. Philip J. Perry
Ms. Meredith Marie Pohl
Mr. Andrew D. Prins
Mr. Abid Qureshi
Mr. Alexander Theodore Reinboth
Mr. William B. Schultz
Mr. Riley T. Svikhart
Mr. Stephen K. Wirth

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

_____

Case No. 24-30645

_____

AbbVie, Incorporated; Allergan, Incorporated; Durata Therapeutics, Incorporated; AbbVie Products, L.L.C.; Aptalis Pharma US, Incorporated; Allergan Sales, L.L.C.; Pharmacyclics, L.L.C.,

                Plaintiffs - Appellants

v.

Liz Murrill, in her official capacity as Attorney General of Louisiana,

                Defendant - Appellee

Louisiana Primary Care Association,

                Intervenor Defendant - Appellee

consolidated with
_____

No. 24-30651
_____

AstraZeneca Pharmaceuticals, L.P.,

                Plaintiff - Appellant

v.

Liz Murrill, in her official capacity as Attorney General of the State of Louisiana,

                Defendant - Appellee

Louisiana Primary Care Association,

              Intervenor Defendant - Appellee

consolidated with
_____

No. 24-30673
_____

Pharmaceutical Research and Manufacturers of America,

                Plaintiff - Appellant

v.

Liz Murrill, in her official capacity as Attorney General of Louisiana,

      Defendant - Appellee

Louisiana Primary Care Association,

      Intervenor Defendant - Appellee